THE PEOPLE *ex rel.* John J. Hanberg, County Treasurer,

*v.*

H. McDERMOTT.

*Opinion filed February 21, 1905—Rehearing denied April 5, 1905.*

This case is controlled by the decision in *People ex rel.* v. *Peyton,* (*ante,* p. 376.)

APPEAL from the County Court of Cook county; the Hon. ORRIN N. CARTER, Judge, presiding.

ENOCH J. PRICE, for appellant.

GEORGE A. MASON, for appellee.

Per CURIAM: This cause was consolidated in this court with *People ex rel.* v. *Peyton,* (*ante,* p. 376.) The two cases involve the same question, and the conclusion reached in the *Peyton case* controls here.

The judgment of the county court will be affirmed.

          *Judgment affirmed.*